STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73728)
Email: mneubauer@steptoe.com
Meredith M. Moss (SBN 185357)
Email: mmoss@steptoe.com
Jeffrey M. Goldman (SBN 233840)
Email: jgoldman@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Attorneys for Defendant ETHICON, INC.

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FRANCIS AWAI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC., a New Jersey corporation doing business as ADVANCED STERILIZATION PRODUCTS; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: SACV09-782 JVS (MLGx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [F.R.C.P. 41]**<br><br>Judge: The Hon. James V. Selna<br>Magistrate Judge: The Hon. Marc Goldman<br><br>Discovery Cut-Off: July 18, 2010<br>Motion Cut-Off: September 13, 2010<br>Pretrial Conf.: October 18, 2010<br>Trial: November 2, 2010 |
| AND RELATED CROSS-ACTION. | |

# ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation of the Parties, the within action, including the Complaint and the First Amended Counter-Claims, are hereby dismissed with prejudice, each side to bear their own fees and costs, and the Court retains jurisdiction for enforcing the terms of the Parties' confidential Settlement Agreement.

Date:     June 17, 2010

*[signature]*
HON. JAMES V. SELNA
United States District Court Judge